OPINION — AG — ** COSMETOLOGY — BONDED ** NEITHER THE STATE BOARD OF COSMETOLOGY, NOR ITS EXECUTIVE SECRETARY AT THE DIRECTION OF THE BOARD, CAN LAWFULLY " REQUIRE THAT EACH EMPLOYEE OF THE DEPARTMENT (OFFICE PERSONNEL AND INSPECTORS) BE BONDED AT HIS OR HER OWN EXPENSE. " (SURETY BOND, AUTHORITY) CITE: 74 O.S. 601 [74-601], 74 O.S. 603 [74-603] 59 O.S. 199.4 [59-199.4] (J. H. JOHNSON)